Eddie ABNER, Jr., Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2006–7353.

United States Court of Appeals, Federal Circuit.

Sept. 7, 2006.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).